UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BMO HARRIS BANK N.A., | ) |
| PLAINTIFF, | ) |
| | ) CASE NO. 2:21-CV-00112-JRS-MJD |
| V. | ) |
| CROWDER TRUCKING, LLC, AND ROGER CROWDER, AN INDIVIDUAL | ) |
| DEFENDANTS. | ) |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff BMO Harris Bank N.A. ("Lender"), by and through its undersigned counsel, hereby moves the Court for entry of default judgment against Defendants Crowder Trucking, LLC ("Borrower") and Roger Crowder ("Guarantor", collectively, the "Defendants"). In support of its Motion, Lender states as follows:

1. Lender filed its complaint on February 23, 2021 (the "Complaint"). (Docket Entry No. 1.)

2. Borrower was properly served with a copy of the Summons and Complaint on March 2, 2021. (Dkt. Entry No. 8.)

3. Guarantor was properly served with a copy of the Summons and Complaint on March 2, 2021. (Dkt. Entry No. 9.)

4. On March 17, 2021, Lender filed its Amended Complaint. (Dkt. Entry No. 10.).

5. No appearance or responsive pleading has been filed on behalf of Defendants, and Defendants' deadlines to file a responsive pleading has passed.

6. On May 11, 2021, this Court ordered a default be entered against the Defendants for failure to answer or otherwise plead. (Dkt. Entry No. 14.)

7. Borrower is not in active military service. *See* Affidavit of Military Service, a true and correct copy of which is attached hereto as **Exhibit 1**.

8. Specifically, as detailed more fully in the Affidavit of Micki Koepke (the "Koepke Affidavit") attached hereto as **Exhibit 2**, Lender is entitled to judgment in its favor, and against Defendants, in the amount of $423,627.07, as of February 8, 2021, plus an additional $200.57 per day in accrued and unpaid interest for each day after February 8, 2021 that the damages due and owing to Lender remain outstanding. *Koepke Declaration*, ¶ 39.

WHEREFORE, Lender requests that this Court:

i. Grant judgment in Lender's favor, and against Defendants, in an amount equal to $423,627.07 as of February 8, 2021, plus an additional $200.57 per day in interest through the date judgment is entered; and

ii. Grant any other and further relief which this Court believes is appropriate under the circumstances.

Dated: May 14, 2021                    By: */s/ Ann E. Pille*

Ann E. Pille (IL ARDC No.: 6283759)
REED SMITH LLP
10 S. Wacker Drive, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
E-mail: apille@reedsmith.com
*Counsel for BMO Harris Bank N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing electronically and the foregoing is available for viewing and downloading via the Court's Electronic Case Filing System (ECF). I hereby further certify that I served the foregoing via First Class U.S. Mail on the parties below:

Crowder Trucking LLC
237 N. Nyesville Road
Rockville, Indiana 47872

and

Roger Crowder
237 N. Nyesville Road
Rockville, Indiana 47872

                                                            */s/ Ann E. Pille*
                                                            Ann E. Pille