UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BMO HARRIS BANK N.A., | ) |
|     PLAINTIFF, | ) |
| | ) CASE NO. 2:21-CV-00112-JRS-MJD |
| V. | ) |
| CROWDER TRUCKING, LLC, AND ROGER CROWDER, AN INDIVIDUAL | ) |
|     DEFENDANTS. | ) |

## ORDER OF DEFAULT JUDGMENT

THIS MATTER came to be heard upon the motion of Plaintiff BMO Harris Bank N.A. ("Plaintiff"), for default judgment and the affidavits attached thereto. Defendants Crowder Trucking, LLC and Roger Crowder (the "Defendants"), having failed to plead or otherwise appear in this action, the Court having personal and subject matter jurisdiction over this case and the parties thereto, an Order of Default having previously been entered, and upon consideration of the evidence submitted to this Court, it appears that entry of default judgment is appropriate.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. Judgment is entered in favor of Plaintiff, and against Defendants, jointly and severally, in the amount of $423,627.07 (the "Judgment Amount") as of February 8, 2021.

2. On and after the date of judgment, interest shall continue to accrue on the Judgment Amount, less any payments received from Defendants until satisfied in full.

3. Plaintiff will mail a copy of the entered judgment order to Defendants at their last known addresses by close of business on the date this order is entered.

4. This case is closed.

SO ORDERED.

Date: 6/18/2021

*[signature]*

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _*[signature]*_

Deputy Clerk, U.S. District Court

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system. Service of the foregoing will be made via First Class U.S. Mail on the parties below:

Crowder Trucking LLC
237 N. Nyesville Road
Rockville, Indiana 47872

and
Roger Crowder
237 N. Nyesville Road
Rockville, Indiana 47872